UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN MCCOY and** ) | |
| **MARCUS MCCOY** ) | |
| ) | |
| Plaintiffs, ) | Case Number. 08-5286 |
| ) | |
| vs. ) | |
| ) | |
| **ACADEMY COLLECTION SERVICES** ) | |
| ) | |
| Defendant. | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiffs, JOHN McCOY and MARCUS McCOY, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

BY: /s/ Brent F. Vullings, Esq.
Brent F. Vullings, Esquire
Attorney for Plaintiff
Attorney I.D. #92344
Warren & Vullings, LLP
1603 Rhawn Street
Philadelphia, PA  19111
215-745-9800